UNITED STATES DISTRICT COURT
for the
District of Alaska

THE ESTATE OF LEWIS JORDAN, JR., by and through personal representative and next friend, LEWIS JORDAN, SR.; and RACHAEL WATERHOUSE ex rel. R.J. and L.J., minors;

-vs-

State of Alaska, Department of Corrections et. al.

**RETURN OF SERVICE**

Case No: **3:25-cv-00044-SLG**

Alaska Court Services
821 N Street #104
Anchorage, AK 99501
907-258-3211

I certify that on Thursday, May 29, 2025 at **2:45 PM** I served the following documents:
Summons in a Civil Action and Civil Rights Complaint and Jury Demand; Civil Cover Sheet

for service upon **State of Alaska, Department of Corrections**

at **1031 W 4th Ave #200** in Anchorage,, Alaska.

By leaving a true and correct copy with Christian Faatoafe of the Attorney Generals Office

SUBSCRIBED AND SWORN to me on May 29, 2025

Client: Highlands Law Firm LLC
501 S Cherry Street
Denver, CO. 80246

Attention:
File No:
Service Fee: $55.00
Mileage: $20.00
Endeavor: $30.00    Rush Services
Endeavor: $6.60     33 Pages at $0.20 per page
Endeavor:
Endeavor:
Total: $111.60

Process Server  Steve Arturo

Notary Public in and for the State of Alaska
My Commission Expires 6-5-2029

'OFFICIAL SEAL'
Rod Zieger
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 6-5-29